**Appeal Dismissed and Memorandum Opinion filed January 28, 2020.**



**In The**

# Fourteenth Court of Appeals

___

**NO. 14-19-00554-CV**

___

**DENRICK POPE AND DENISE POPE, Appellants**

**V.**

**CROCKETT COURT, Appellee**

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0084007**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed July 3, 2019. Appellants' brief was due November 6, 2019. No brief or motion to extend time to file the brief was filed.

On November 26, 2019, the court ordered appellants to file a brief by December 27, 2019. We cautioned that if appellants failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan